**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION**

| | | |
|---|---|---|
| Jesus Manuel Gomez Lopez, | ) | |
| | ) | **ORDER** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:26-cv-53 |
| David Easterwood, et al., | ) | |
| | ) | |
| Respondents. | ) | |

The parties filed a joint stipulation of dismissal. Doc. 16. The Court **ADOPTS** the stipulation (Doc. 16) in its entirety and **ORDERS** the entire action dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with all parties to bear their own costs and fees.

**IT IS SO ORDERED**.

Dated this 6th day of May, 2026.

/s/ *Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court